AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:17-CR-043-D(02) |
| | ) | |
| Benigno Paez (02) | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/3/17

_____
Defendant's signature

_____
Signature of defendant's attorney

Ryan Brown
_____
Printed name of defendant's attorney

_____
Judge's signature

Sidney A. Fitzwater, U.S. District Judge
_____
Judge's printed name and title