IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:17-CR-043-D(02) |
| BENIGNO PAEZ    (02) | (Supersedes indictment returned on 5/25/2017 as to Paez only) |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about April 30, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Benigno Paez**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count Two</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A))

On or about April 30, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Benigno Paez**, defendant, did knowingly possess a firearm, to wit: a stainless Colt Commander, .45 ACP, serial number CJ46658, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in count one of this superseding information, an offense for which the defendant may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-mail:        joshua.frausto@usdoj.gov