September 16, 2019

Benigno Paez
    v.
United States
    Case # 2:17-CR-43-D-BR-2

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 23 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

I would like for this letter be filed in court. I Benigno Paez come to the court because I feel as if the counsel that represented me was ineffective I was never asked by Mr. Brown or the courts if I wanted to appeal my sentencing phase of this case that I was convicted on. Please find two copy's of letter that I have sent to the fifth Circuit Court of Appeals and they have no record of a such Appeal. Please reply to this letter so I can know what action to take Thank you I Benigo Paez swear that every word in this letter is true and correct

x Benigno Paez

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 01, 2019

Mr. Benigno Paez  
#55694-177  
F.C.I. Bastrop  
P.O. Box 1010  
Bastrop, TX   78602

Dear Sir

We are in receipt of your correspondence dated June 23, 2019 inquiring as to the filing of a notice of appeal referencing U.S D.C. No 2:18-CR-43-D-BR-2.

A notice of appeal was never filed regarding District Court No. 2:18-CR-43-D-BR-2.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Claudia N. Farrington, Deputy Clerk  
504-310-7706

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 02, 2019

Mr. Benigno Paez  
#55694-177  
F.C.I. Bastrop  
P.O. Box 1010  
Bastrop, TX 78602

      RE: DC No. 2:17-CR-43-D-BR-2

Dear Sir

We are responding to your letter dated July 31, 2019 regarding the district court case number referenced above.

To this date there has not been a notice of appeal filed by your attorney, Ryan Patrick Brown, who represented you in the district court.

Since you do not have an appeal with this Court, this Court has no jurisdiction to file your correspondence for ineffective assistance of counsel. You should file with the district court.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Claudia N. Farrington*

                By: _____  
                Claudia N. Farrington, Deputy Clerk  
                504-310-7706



Legal mail