IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO   DIVISION



OCT 22 2024 PM1:13
FILED - USDC - NDTX - AM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 2:17-CR-00043(2) |
| | § | |
| BENIGNO PAEZ | § | |

### Defendant's Objection to Worksheet

COMES NOW Benigno Paez, pro se, movant and defendant in the underlying cause. I respectfully object to the 2023 Retroactive Amendment 821 Worksheet filed in this case by Probation and Pretrial Services as incomplete as to the matters presented in my motion for a reduction in sentence. The Worksheet deals only with eligibility under parts A and B of Amendment 821, but my request to the Court relied on Part C of that Amendment as well. The Court's consideration of the merits of my request as to application of Part C to my case may impact my eligibility for Part B. It is, therefore, imperative that the Court consider Part C of the retroactive amendment, despite that section being left out of the Worksheet.

WHEREFORE, for these reasons I object to the Worksheet on the grounds that it is incomplete and pray that the Court fully consider my motion, especially as to application of Part C of Amendment 821 wherein the Court is empowered to treat simple possession prior offenses as overrepresentative of past criminality and future risk of recidivism and, therefore, to disregard their impact on a defendant's Criminal History Points.

Respectfully Submitted,

_Benigno Paez_ _____          _10-9-24_ _____

Benigno Paez                                Date

Defendant-movant, pro se

Fed. Reg. No. 55694-177

Federal Correctional Institution

PO Box 1010

Bastrop, TX 78602-1010



As in past elections... AUSTIN TX 787 RIO GRANDE DISTRICT 17 OCT 2024 PM 2

FREEDOM FOREVER/USA

Federal Correctional Institution
Benigno Paez
Fed. Reg. No. 55694-177
PO Box 1010
Bastrop, TX 78602-1010

United States District Court
N. D. Tex – Amarillo Div.
205 S.E. 5th Ave.
Rm 133
Amarillo, TX 79101




RECEIVED

OCT 2 2 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Federal Correction Institution
Bastrop, Texas 78602
Date: _____

The enclosed letter was processed through special mailing processes for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.