IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:17-CR-043-D(2) |
| | § | |
| BENIGNO PAEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 30, 2025 defendant Benigno Paez filed a motion for compassionate release. On the same day, the court ordered the government to file a response to the motion no later than January 27, 2026. Although the government usually files timely responses to such motions, it has not filed the required response in this case.

Accordingly, the government must file its response to defendant's motion no later than April 15, 2026. Defendant may file any reply to the response no later than May 6, 2026.

**SO ORDERED**.

April 1, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE