**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 2:17-CR-043-D(2)** |
| | § | |
| **BENIGNO PAEZ** | § | |

**ORDER**

Before the court is defendant's May 22, 2026 motion for reconsideeration of the court's memorandum opinion and order denying compassionate release. It is hereby **ORDERED** that:

(X) The Government shall file a response to the motion, which it may file **UNDER SEAL,** no later than **August 10, 2026**. The response shall be served on Defendant and the United States Probation Office.

(X) Defendant may file a reply to the Government's response to the motion, which he may file **UNDER SEAL**, no later than **August 31, 2026**..

( ) Defendant shall file a response to the First Step Act Worksheet, which he/she may file **UNDER SEAL**, within ____ days of the date of this *Order*.

( ) The Federal Public Defender is hereby appointed to represent Defendant in this matter.

( ) A hearing will be held on ______________________.

( ) An evidentiary hearing will be held on ______________________.

( ) Other ____________________.

A copy of this Order shall be served by the Clerk on

(X) the Government

(X) the United States Probation Office

(X) Defendant

( ) Counsel for Defendant

( ) the United States Marshal

**SIGNED** July 13, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE