UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

AUG 25 2026 AM9:00
FILED - USDC - NDTX - AM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 2:17-CR-043-D(02) |
| VS. | § | |
| | § | |
| BENIGNO PAEZ, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR COPY OF GOVERNMENT'S RESPONSE AND EXTENSION OF TIME TO REPLY**

To the Honorable Court:

COMES Defendant Benigno Paez ("Mr. Paez"), appearing *pro se,* and respectfully advises the Court that he has recently been transferred from FCI Bastrop in Bastrop, Texas, to FCI Englewood in Littleton, Colorado.

While Mr. Paez was being transferred, the Court entered its July 13, 2026 Order directing the Government to respond to his Motion for Reconsideration by August 10, 2026, and allowing Mr. Paez until August 31, 2026 to file a reply.

Mr. Paez did not receive the Court's July 13, 2026 Order because he was in transit between institutions. The docket reflects that the Order mailed to him at FCI Bastrop was returned to the Court as undeliverable. Because Mr. Paez was being transferred, he was unable to provide the Court with his new address before the transfer was completed.

Mr. Paez has also not received a copy of the Government's response to his Motion for Reconsideration, which is to be filed under Seal, if a response has been filed. Without a copy of the Government's response, Mr. Paez cannot prepare and file his reply.

Mr. Paez therefore respectfully requests that the Clerk update his mailing address to the address shown below and mail him a copy of the Government's response to his Motion for Reconsideration.

Mr. Paez also respectfully requests that the Court extend the deadline for filing his reply until thirty (30) days after he is served a copy of the Government's response. This request is made because his failure to receive the Court's Order and the Government's response resulted from his transfer between federal institutions and was beyond his control.

Mr. Paez's current mailing address is:

Benigno Paez
Reg. No. 55694-177
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado 80123

Mr. Paez respectfully requests that the Court update its records, provide him with a copy of the Government's response, and allow him thirty (30) days after receipt of that response to file his reply.

Respectfully submitted,

Benigno Paez
Reg. No. 55694-177
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado 80123
Appearing *Pro Se*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, a true and correct copy of the foregoing Notice of Change of Address and Request for Copy of Government's Response and Extension of Time to Reply was mailed by First-Class United States Mail, postage prepaid, on behalf of Defendant Benigno Paez to:

United States Attorney's Office
Northern District of Texas
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102

Benigno Paez

Benigno Paez
Reg. No. 55694-177
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado 80123

August 18, 2026

Ms. Karen Mitchell
Clerk of Court
U.S. District Court
Northern District of Texas
Amarillo Division
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

RE: *United States v. Benigno Paez*
Crim No. 2:17-cr-00043-D-BR-2

Dear Ms. Mitchell:

Enclosed please find and accept for filing Defendant's Notice of Change of Address and Request for Copy of Government's Response and Extension of Time to Reply. Please submit this notice to the Court.

Thank you for your assistance in this matter.

Sincerely,

Benigno Paez

BENIGNO PAEZ
Appearing *Pro Se*

*Encl. as noted*

Benigno Paez
Reg. No. 55694-177
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado 80123

HOUSTON TX RPDC 773
19 AUG 2026 PM 1 L



FOREVER

RECEIVED
AUG 25 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Ms. Karen Mitchell, Clerk
U.S. District Court
Northern District of Texas
Amarillo Division
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

79101-155615