NDTX FORM C-Section 404 of First Step Act

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 2:17-CR-043-D(2)** |
| | § | |
| **BENIGNO PAEZ** | § | |

**ORDER**

Defendant's August 25, 2026 motion for extension of time to reply is granted. It is hereby **ORDERED** that:

(X) Defendant may file a reply to the Government's response, which he may file **UNDER SEAL**, no later than **September 25, 2026**.

A copy of this Order shall be served by the Clerk on

(X) the Government

(X) the United States Probation Office

(X) Defendant

( ) Counsel for Defendant

( ) the United States Marshal

**SIGNED** August 25, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE